No. 315.   KASPER *v.* BRITTAIN ET AL., *ante,* p. 834;

No. 319.   MILLS *v.* CALIFORNIA, *ante,* p. 841;

No. 320.   JAFFKE *v.* DUNHAM, TRUSTEE IN BANK-
RUPTCY, *ante,* p. 835;

No. 339.   MORONEY *v.* McKIBBEN ET AL., *ante,* p. 840;

No. 350.   PALERMO *v.* LUCKENBACH STEAMSHIP Co.,
INC., *ante,* p. 20;

No. 26, Misc.   WORLEY, ADMINISTRATRIX, ET AL. *v.*
NATIONAL SPECIALTY Co., INC., ET AL., *ante,* p. 844;

No. 52, Misc.   MacKENNA *v.* TEXAS, *ante,* p. 851;

No. 55, Misc.   LINGHAM-PRITCHARD *v.* COMMISSIONER
OF INTERNAL REVENUE, *ante,* p. 846;

No. 70, Misc.   HOLLINGSWORTH *v.* IOWA, *ante,* p. 851;

No. 86, Misc.   BAKER *v.* UNITED STATES, *ante,* p. 864;
and

No. 133, Misc.   TOWNSEND *v.* ILLINOIS, *ante,* p. 850.
Petitions for rehearing denied.

DECEMBER 3, 1957.

No. 22.   STRAND, SHERIFF, *v.* SCHMITTROTH.   On peti-
tion for writ of certiorari to the United States Court of
Appeals for the Ninth Circuit.   Dismissed on motion of
petitioner pursuant to Rule 60 of the Rules of this Court.
*Edmund G. Brown,* Attorney General of California, *Clar-
ence A. Linn,* Assistant Attorney General, and *Arlo E.
Smith,* Deputy Attorney General, for petitioner.

DECEMBER 9, 1957.